```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
QUIRINO HERNANDEZ individually and on
behalf of others similarly situated,

                Plaintiffs,

            - against -

YALLOS RESTAURANT INC. d/b/a
RENAISSANCE DINER and MIKE LAGUDIS,

                Defendants.
---------------------------------------------------------------X

**ORDER**

15-CV-8080 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

     As discussed at today's telephone conference, defendants' application to dismiss this case for failure to prosecute (Dkt. No. 36) is denied without prejudice. The parties are directed to proceed back to mediation within the next 30 days and report back to the Court as to whether a settlement is reached within one week after the mediation session is held. If the parties report that the case did not settle, the Court will then schedule a status conference for mid-November.

     **SO ORDERED.**

Dated:  New York, New York
          October 7, 2016

                                                _____
                                                JAMES L. COTT
                                                United States Magistrate Judge