```
Case 1:15-cv-08080-JLC   Document 41   Filed 11/17/16   Page 1 of 1
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
QUIRINO HERNANDEZ individually and on
behalf of others similarly situated,

                Plaintiffs,

      - against -

YALLOS RESTAURANT INC. d/b/a
RENAISSANCE DINER and MIKE LAGUDIS,

                Defendants.
-----------------------------------------------------------------X

**ORDER**

15-CV-8080 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

       The Court is in receipt of plaintiffs' letter dated November 16, 2016, which represents that the parties agreed upon a "settlement number" during mediation but that they are still negotiating the terms of payment (Dkt. No. 40). No later than **December 12, 2016**, the parties are directed to file a joint letter-motion along with their settlement agreement to request court approval of the settlement. The letter-motion should explain why the proposed settlement is fair and reasonable and otherwise comply with the Second Circuit's recent decision in *Cheeks v. Freeport Pancake House, Inc.,* 796 F.3d 199 (2d Cir. 2015). The parties are directed to the Court's decision in *Souza v. 65 St. Marks Bistro*, No. 15-CV-327 (JLC), 2015 WL 6798807 (S.D.N.Y. Nov. 6, 2015) for guidance on these issues.

      **SO ORDERED.**

Dated: New York, New York
       November 17, 2016

_____
JAMES L. COTT
United States Magistrate Judge