```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
QUIRINO HERNANDEZ, individually and on
behalf of others similarly situtated,
                      Plaintiffs,

        -against-

YALLOS RESTAURANT INC. d/b/a
RENAISSANCE DINER and MIKE LAGUDIS,
                      Defendants.
------------------------------------------------------------X

15 **CIVIL** 8080 (JLC)

**JUDGMENT**

      Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, defendants Yallos Restaurant Inc. and Mike Lagudis having offered to allow plaintiffs' to take a judgment against them in this action in the amount of One Hundred and Ninety Thousand ($190,000.00), inclusive of costs and attorney's fees; the offer is made for the purpose specified in Fed. R. Civ. P., Rule 68, and is not to be construed as either an admission that the defendants are liable in this action, or that the plaintiff has suffered any damages; Plaintiffs' on December 9, 2016, through their attorney Michael Samuel, having confirmed acceptance of the Defendants' offer of Judgment , the matter having come before the Honorable James L. Cott, United States Magistrate Judge, and the Court, on December 12, having rendered its Order directing the Clerk of Court to enter judgment in favor of the plaintiffs in the amount of $190,000 consistent with the Offer and Acceptance of Judgment, and to close this case, it is,

      **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated December 12, 2016, plaintiffs' have judgment in the amount of $190,000.00, inclusive of costs as against the defendants' jointly and severally, and the case is closed.

**Dated:**  New York, New York
          December 14, 2016

                                                RUBY J. KRAJICK
                                                _____
**THIS DOCUMENT WAS ENTERED**                    Clerk of Court
**ON THE DOCKET ON** _____      BY:
                                                    _____
                                                      Deputy Clerk